UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANETTE FLOWERS,

    Plaintiff,

Case No. 10-cv-15164

Paul D. Borman
United States District Judge

v.

Mark A. Randon
United States Magistrate Judge

IDS PROPERTY CASUALTY
INSURANCE COMPANY, d/b/a
AMERIPRISE AUTO & HOME
INSURANCE,

    Defendant.

_____/

OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR CASE EVALUATION SANCTIONS (ECF NO. 43)

On January 31, 2013, Magistrate Judge Mark A. Randon issued a Report and Recommendation on IDS's Motion for Case Evaluation Sanctions. (ECF No. 43.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 43), and awards IDS taxable costs and attorney fees in the total amount of $1,672.50. Plaintiff shall pay this amount within ten (10) days of the date of this Order.

IT IS SO ORDERED.

                                        Paul D. Borman
                                        United States District Judge

Dated: MAR 29 2013